IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERLIB INVESTORS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case Nos. 19-cv-06203 |
| COHN & COHN, ERWIN COHN, CHARLES A. COHN, and LEE S. ROSE, | ) ) ) ) |
| Defendants. | ) |

## **MOTION TO WITHDRAWAL AS COUNSEL**

TO THE COURT, CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Gillian G. Lindsay has moved her practice to Taft Stettinius & Hollister LLP, pursuant to Local Rule 83.17, she hereby request leave of court to withdraw as counsel of record for Defendants, Cohn & Cohn and Charles A. Cohn, in the above-referenced matter. Peter M. Katsaros will continue as lead counsel for Defendants, Cohn & Cohn and Charles A. Cohn.

WHEREFORE, Gillian G. Lindsay requests that her Motion for Withdrawal as Counsel be granted and that she be removed from the docket and all service lists and no longer receive electronic motions in this case.

Dated: September 28, 2022    Respectfully submitted,


By:    Gillian G. Lindsay

Gillian G. Lindsay
glindsay@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 527-4000